IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOEY RAMOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| MICHAEL E. VASSAR and | § | |
| GEORGE VASSAR, | § | 1:22-CV-649-RP |
| | § | |
| Defendants. | § | |

## ORDER

This matter was erroneously opened as a duplicate of another case, 1:22-cv-648. In light of this administrative error, the Court will now close this matter.

Accordingly, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 3, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE